908 F.2d 968
 U.S.
v.
Mohamad (Maisoun Ben), a/k/a Hawamda (Maisun), All African
Peoples' Revolutionary Party, American Indian
Movement/International Indian Treaty Council, El Portido La
Raza Unida, New Afrikan Peoples' Organization, National
Black United Front, Republic of New Afrika, Piscataway
Indian Nation, Center for Constitutional RIghts, Commission
for Racial Justice of United Church of Christ, National
Rainbow Coalition
 NO. 89-5405
 United States Court of Appeals,
Fourth Circuit.
 JUN 21, 1990
 
 1
 Appeal From: E.D.Va.
 
 
 2
 AFFIRMED.